Salvatore A. Giampiccolo, Esq. (NJ Atty ID 005521990)
John N. Visconi, Esq. (NJ Atty ID 030362010)
Rita Portenti, Esq. (NJ Atty ID 481802024)
**STEVENS & LEE, PC**
669 River Drive, Suite 201
Elmwood Park, NJ 07407
Tel.: (201) 857-6767
Fax: (201) 371-7379
*Attorneys for Defendants,*
*Tilton Automotive, L.L.C. d/b/a*
*Schumacher Chevrolet of Denville*
*and Judith Schumacher-Tilton a/k/a*
*Judith A. Tilton*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ANDREW MALLON, on behalf of himself and those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DALESSIO AUTO GROUP INC. d/b/a SCHUMACHER CHEVROLET BUICK OF BOONTON; TILTON AUTOMOTIVE, L.L.C. d/b/a SCHUMACHER CHEVROLET OF DENVILLE; JUDITH SCHUMACHER-TILTON a/k/a JUDITH A. TILTON,<br><br>Defendants. | Civ. No. 2:26-cv-01463 (SRC)(MAH)<br><br><br>**NOTICE OF MOTION TO DISMISS BY TILTON AUTOMOTIVE, L.L.C. AND JUDITH SCHUMACHER-TILTON PURSUANT TO FED. R. CIV. P. 12(b)(6)** |

TO:   David C. Ricci, Esq.
Law Office of David C. Ricci, LLC
51 JFK Parkway, First Floor West
Short Hills, NJ 07078
dricci@NJConsumerLawyer.com

Michael F. Niznik, Esq.
Law Office of Michael F. Niznik
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
michael@NiznikLaw.com

**PLEASE TAKE NOTICE** that on April 6, 2026, at 9:00 a.m., or as soon thereafter as counsel may be heard, the undersigned attorneys for Defendants TILTON AUTOMOTIVE, L.L.C. d/b/a SCHUMACHER CHEVROLET OF DENVILLE ("Schumacher Denville") and JUDITH SCHUMACHER-TILTON a/k/a JUDITH A. TILTON ("Ms. Tilton") (collectively, the "Schumacher Defendants"), will move before the Hon. Stanley R. Chesler, U.S.D.J. at the United States District Court for the District Court of New Jersey, Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Newark, New Jersey for an Order pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure granting the Schumacher Defendants' motion to dismiss the Complaint of Plaintiff Andrew Mallon; and

PLEASE TAKE FURTHER NOTICE that in support of the within motion, the Schumacher Defendants shall rely on the accompanying Memorandum of Law and the Declaration of John N. Visconi, Esq., with exhibits submitted herewith in accordance with Rule 7.1(b) of the Local Civil Rules of the United States Court for the District of New Jersey; and

PLEASE TAKE FURTHER NOTICE that opposition papers, if any, must be filed by March 23, 2026, which is fourteen days before the April 6, 2026 return date pursuant to L. CIV. R. 7.1(d)(2); and

PLEASE TAKE FURTHER NOTICE that oral argument is hereby requested if timely opposition is filed and served.

Respectfully submitted,
STEVENS & LEE, P.C.

Dated: March 6, 2026                    /s/ Salvatore Giampiccolo
                                        Salvatore A. Giampiccolo, Esq.

## CERTIFICATE OF SERVICE

I hereby certify that on March 6, 2026, true and correct copies of the foregoing Notice of Motion to Dismiss, accompanying Memorandum of Law in Support of Schumacher Defendants' Motion to Dismiss, and Declaration of John N. Visconi with exhibits were served via electronic filing, via regular mail pursuant to Fed. R. Civ. P. 5(b)(2)(C), and via email as a courtesy on all counsel of record listed below.

*Counsel for Plaintiff Andrew Mallon*:
David C. Ricci, Esq.
Law Office of David C. Ricci, LLC
51 JFK Parkway, First Floor West
Short Hills, NJ 07078
dricci@NJConsumerLawyer.com

Michael F. Niznik, Esq.
Law Office of Michael F. Niznik
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
michael@NiznikLaw.com

*Counsel for Defendants Dalessio Auto Group Inc. and Judith Schumacher-Tilton:*
David J. Dering, Esq.
Leary, Bride, Mergner, & Bongiovani, P.A.
7 Ridgedale Avenue
Cedar Knolls, NJ 07927
ddering@lbmblaw.com

/s/ Salvatore Giampiccolo

Salvatore A. Giampiccolo, Esq.