Salvatore A. Giampiccolo, Esq. (NJ Atty ID 005521990)
John N. Visconi, Esq. (NJ Atty ID 030362010)
Rita Portenti, Esq. (NJ Atty ID 481802024)
**STEVENS & LEE, PC**
669 River Drive, Suite 201
Elmwood Park, NJ 07407
Tel.: (201) 857-6767
Fax: (201) 371-7379

*Attorneys for Defendants,*
*Tilton Automotive, L.L.C. d/b/a*
*Schumacher Chevrolet of Denville*
*and Judith Schumacher-Tilton a/k/a*
*Judith A. Tilton*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ANDREW MALLON, on behalf of himself and those similarly situated,<br><br>   Plaintiff,<br><br>v.<br><br>DALESSIO AUTO GROUP INC. d/b/a SCHUMACHER CHEVROLET BUICK OF BOONTON; TILTON AUTOMOTIVE, L.L.C. d/b/a SCHUMACHER CHEVROLET OF DENVILLE; JUDITH SCHUMACHER-TILTON a/k/a JUDITH A. TILTON,<br><br>   Defendants. | Civil Action No. 26-1463<br><br><br><br>**NOTICE OF MOTION BY TILTON AUTOMOTIVE, L.L.C. AND JUDITH SCHUMACHER-TILTON FOR SANCTIONS UNDER FEDERAL RULE OF CIVIL PROCEDURE 11** |

TO: David C. Ricci, Esq.
Law Office of David C. Ricci, LLC
51 JFK Parkway, First Floor West
Short Hills, NJ 07078

dricci@NJConsumerLawyer.com

Michael F. Niznik, Esq.
Law Office of Michael F. Niznik
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
michael@NiznikLaw.com

**PLEASE TAKE NOTICE** that on April 20, 2026, 9:00 a.m., or as soon thereafter as counsel may be heard, the undersigned attorneys for Defendants TILTON AUTOMOTIVE, L.L.C. d/b/a SCHUMACHER CHEVROLET OF DENVILLE ("Schumacher Denville") and JUDITH SCHUMACHER-TILTON a/k/a JUDITH A. TILTON ("Ms. Tilton") (collectively, the "Schumacher Defendants") will move before the Hon. Stanley R. Chesler, U.S.D.J. at the United States District Court for the District Court of New Jersey, Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Newark, New Jersey for an Order pursuant to Federal Rule of Civil Procedure 11(c), imposing sanctions against Plaintiff Andrew Mallon ("Plaintiff") and his attorneys, David C. Ricci, Esq. and Michael F. Niznik, Esq. ("Plaintiff's Attorneys") for filing claims against the Schumacher Defendants that are not warranted under existing law or a non-frivolous argument to extend or modify existing law pursuant to Fed. R. Civ. P. 11(b)(2), and that are based on factual contentions that do not have evidentiary support pursuant to Fed. R. Civ. P. 11(b)(3), and for other and further relief as the Court deems just and proper; and

PLEASE TAKE FURTHER NOTICE, that in support of the within motion, the Schumacher Defendants shall rely on the accompanying Memorandum of Law and the Declaration of John N. Visconi, Esq., with exhibits submitted herewith in accordance with Rule 7.1(b) of the Local Civil Rules of the United States Court for the District of New Jersey.

STEVENS & LEE, P.C.

Dated: March 27, 2026                 /s/ Salvatore Giampiccolo
                                      Salvatore A. Giampiccolo, Esq.