# EXHIBIT A



LLC

FILED

NOV 1 9 2007

STATE TREASURER

0600313712

## CERTIFICATE OF FORMATION
## OF
## TILTON AUTOMOTIVE, L.L.C.

This is to certify that there is hereby organized a Limited Liability Company under and by

virtue of L. 1993, C.210, eff. Jan. 27, 1994, the "New Jersey Limited Liability Company Act."

1.      The name of the limited liability company is TILTON AUTOMOTIVE,

L.L.C.

2.      The address of the limited liability company's initial registered office is 77

Route 46 West, Pine Brook, New Jersey 07058.  The name of the registered agent at such address

is CRAIG M. HELLER, ESQ.

3.      The within limited liability company is to have one (1) or more members.

4.      The name and address of the person authorized to file the within Certificate

of Formation is CRAIG M. HELLER, ESQ., ABOYOUN & HELLER, L.L.C., 77 Route 46 , Pine

Brook, New Jersey  07058.

5.  The within limited liability company shall have perpetual existence.


IN WITNESS WHEREOF, the undersigned authorized person, being over eighteen (18)

years of age, has signed this Certificate this 16th day of November, 2007.

_____
CRAIG M. HELLER, ESQ.