# EXHIBIT B

# Certificate of Incorporation

for

## DALESSIO AUTO GROUP INC.

FILED
AUG 2 3 2005
STATE TREASURER

THIS IS TO CERTIFY THAT there is hereby organized a corporation under and by virtue of N.J.S. 14A:1-1 et seq., the "New Jersey Business Corporation Act."

1. The name of the corporation is DALESSIO AUTO GROUP INC.

2. The address of the corporation's initial registered office is 25A Hanover Road, P.O. Box 307, Florham Park, NJ 07932. The name of the registered agent at such address is John Humphries.

3. The purpose for which this corporation is organized is to engage in any activity within the purposes for which corporations may be organized under the "New Jersey Business Corporation Act," N.J.S. 14A:1-1 et seq.

4. The aggregate number of shares which the corporation shall have authority to issue is 1,000 shares without par value.

5. The number of directors constituting the initial Board of Directors of this corporation is one (1). The name and address of each person who is to serve as such director is:

   John Humphries, 25A Hanover Road, P.O. Box 307, Florham Park, NJ 07932.

6. The name and address of the incorporator is ALL-STATE International, Inc., 172 West State Street, Trenton, NJ 08608.

In Witness Whereof, each individual incorporator, being over eighteen years of age has signed this certificate, or if the incorporator be a corporation has caused this certificate to be signed by its duly authorized officer this 23rd day of August, 2005.

Ruth Schneider, Vice President

ALL-STATE International, Inc.
172 West State Street
Trenton, NJ 08608

FILED FOR:    Anthony J. Accardi, Esq.
294851A         Accardi & Mirda
                     570 West Mt. Pleasant Avenue
                     Livingston, NJ 07039

0100950658