# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| ANDREW MALLON, on behalf of himself and those similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>DALESSIO AUTO GROUP INC. d/b/a SCHUMACHER CHEVROLET BUICK OF BOONTON; TILTON AUTOMOTIVE, L.L.C. d/b/a SCHUMACHER CHEVROLET OF DENVILLE; JUDITH SCHUMACHER-TILTON a/k/a JUDITH A. TILTON,<br><br>    Defendants. | Civ. No. 2:26-cv-01463 (SRC)(MAH)<br><br><br>**ORDER GRANTING THE MOTION FOR SANCTIONS AGAINST PLAINTIFF FILED BY TILTON AUTOMOTIVE, L.L.C. AND JUDITH SCHUMACHER-TILTON PURSUANT TO FED. R. CIV. P. 11(c)** |

**THIS MATTER** having been brought before the Court on motion by Stevens & Lee, P.C., counsel for Defendants TILTON AUTOMOTIVE, L.L.C. d/b/a SCHUMACHER CHEVROLET OF DENVILLE and JUDITH SCHUMACHER-TILTON a/k/a JUDITH A. TILTON (collectively, the "Schumacher Defendants"), pursuant to Rule 11(c) of the Federal Rules of Civil Procedure for an Order for sanctions against Plaintiff Andrew Mallon and his counsel; and the Court having reviewed the submissions on behalf of the parties; and good cause having been show;

**IT IS** on this _____ day of _____, 20__,

**ORDERED** that the Schumacher Defendants' motion for sanctions pursuant to Rule 11(c) is hereby granted; and it is further

**ORDERED** that the Schumacher Defendants shall file a subsequent fee application supported by billing records for consideration by the Court.

 

_____

Hon. Stanley R. Chesler, U.S.D.J.
